**2004–0028. State ex rel. Williams v. Fitzsimmons.**

In Mandamus. On motion to dismiss of Judge Donna Congeni Serrat and Magistrate Kelly Larrick Serrat. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2004–0081. State ex rel. Patterson v. Russo.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.    .

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2004–0097. In re Petition for Writ of Habeas Corpus of Pianowski.**

In Habeas Corpus. On petition for writ of habeas corpus of Ted. A. Pianowski. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2004–0102. State ex rel. Mason v. Taft.**

In Mandamus. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2004–0143. State ex rel. Fatherly v. Ohio Adult Parole Auth.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2004–0156. Thomson v. Money.**

In Habeas Corpus. On petition for writ of habeas corpus of Michael Thomson. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2004–0161. State ex rel. Colthirst v. McGinty.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2004–0179. State ex rel. Jones v. Slaby.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2004–0205. Smith v. Ohio Dept. of Rehab. & Corr.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur. PFEIFER, J., dissents and would grant an alternative writ.

**2004–0217. State ex rel. Harris v. Travis.**

In Mandamus. On motion of Judge Alan Travis to dismiss for failure to state a claim upon which relief can be granted and answer of respondent Todd R. Marti.

Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2004–0264. State ex rel. Carter v. Unruh.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.